UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| STEWART TITLE GUARANTY COMPANY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:06-CV-331-TAV-CCS |
| | ) | |
| A&R TITLE AND CLOSING, INC, | ) | |
| AGNEX L. ODLE, Individually, | ) | |
| RICKY LYNN ODLE, individually, | ) | |
| RICKY LYNN ODLE d/b/a | ) | |
| as TVK TITLE SERVICES, and | ) | |
| AGNES L. ODLE, d/b/a | ) | |
| TVK TITLE SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge C. Clifford Shirley, Jr., on August 11, 2017 [Doc. 112]. In the R&R, Magistrate Judge Shirley recommends that the Court grant plaintiff's motion to extend the judgment in this matter for ten (10) additional years [Doc. 110]. There have been no objections filed to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After carefully reviewing the matter, the Court is in agreement with Magistrate Judge Shirley's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 112]. Plaintiff's Motion to Extend Judgment [Doc. 110] is hereby **GRANTED**. Accordingly, it is **ORDERED** that

the Order Awarding Damages in this matter [Doc. 75] is extended in effect for ten (10) additional years after August 29, 2017.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE